UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

        Plaintiff,                           CRIMINAL NO. 05-CR-80154-DT-01

v.                                       HONORABLE ROBERT H. CLELAND

JAMES M. McGHEE,

        Defendant.
                           /

**ORDER SETTING SUPERVISED RELEASE**
**VIOLATION HEARING DATE**

This matter having come before the Court upon motion of the government and the defendant, the parties have agreed that the Supervised Release Violation Hearing in this case shall be on **April 6, 2006 at 2:00 p.m.**  The continuance is requested to allow the parties reasonable time for effective preparation, taking into account the exercise of due diligence.  Accordingly,

**IT IS ORDERED** that, pursuant to 18 U.S.C. §3161(h)(8)(A), due to the necessity of additional time to prepare, the ends of justice are best served by granting a continuance in this case and these ends outweigh the best interest of the public and the defendant in a speedy trial and that any delay occasioned by this adjournment shall be excludable under the Speedy Trial Act.  Excludable time shall apply to the time between the prior hearing date and this new date.

**IT IS SO ORDERED.**

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  March 17, 2006


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 17, 2006, by electronic and/or ordinary mail.


 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522